1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JOSEPH ANTHONY HILL, | CASE NO. 15cv275-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION (DOCKET NO. 12) FOR ORDER GRANTING THE MOTIONS TO DISMISS FILED BY WILLIAM D. GORE (DOCKET NO. 6) AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (DOCKET NO. 9)** |
| vs. | |
| SAN DIEGO SHERIFF'S DEPARTMENT, MEDICAL SERVICES DIVISION; UCSD MEDICAL CENTER; ALFRED JOSHUA, M.D., Chief Medical Officer, Sheriff's Detention Services Bureau; WILLIAM GORE, Sheriff San Diego County, | |
| Defendants. | |

Plaintiff Joseph Anthony Hill brought this civil rights action under 42 U.S.C. § 1983 claiming that Defendants violated his constitutional rights by failing to provide continuing medical care. (Docket no. 1.) Defendant William D. Gore filed a motion to dismiss. (Docket no. 6.) The Regents of the University of California ("UCSD"), which Hill erroneously sued as UCSD Medical Center, also filed a motion to dismiss. (Docket no. 9.) Magistrate Judge Stormes issued a report and recommendation (the "R&R") on the motions to dismiss, recommending that the Court:

(1)  **GRANT** the motion to dismiss Hill's claims against Sheriff Gore in his personal capacity with leave to amend.

 (2) **GRANT** the motion to dismiss Hill's claims against Sheriff Gore in his official capacity without leave to amend as to Gore but with leave to amend as to the County itself, if Hill seeks to assert a Monell claim.

 (3) **SUA SPONTE DISMISS** defendant "San Diego Sheriff's Department Medical Services Division" without leave to amend.

 (4) **GRANT** the motion to dismiss Hill's claims against UCSD for failure to provide follow-up medical care with leave to amend.

 (5) **GRANT** the motion to dismiss Hill's claims against UCSD for failure to provide adequate medical care without leave to amend.

(Docket no. 12 at 14-15.)

Objections to the R&R were due on June 26, 2015. Hill didn't file an objection. "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has nonetheless reviewed the R&R and agrees with its rationale and conclusions. The R&R is **ADOPTED**.

**IT IS SO ORDERED**.

DATED: July 9, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge