1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH ANTHONY HILL,                    CASE NO. 15cv275 - LAB (NLS)

12                              Plaintiff,   **ORDER ADOPTING REPORT AND**
                                             **RECOMMENDATION (DOCKET NO.**
               vs.                           **22) GRANTING THE MOTION TO**
13                                           **DISMISS COMPLAINT**
     SAN DIEGO SHERIFF'S DEPARTMENT
14   MEDICAL SERVICES DIVISION, SAN
     DIEGO SHERIFF'S DEPARTMENT;
15   UCSD MEDICAL CENTER; ALFRED
     JOSHUA, M.D., CHIEF MEDICAL
16   OFFICER, SHERIFF'S DETENTION
     SERVICES BUREAU; WILLIAM GORE,
17   SHERIFF SAN DIEGO COUNTY,

18                              Defendants.

19

20          This is a 42 U.S.C. § 1983 civil rights case. Plaintiff Joseph Anthony Hill's complaint

21   alleges that the Defendant Dr. Alfred Joshua failed to provide follow up medical treatment

22   after a cop shot him during an arrest. Joshua filed a motion to dismiss. Magistrate Judge Nita

23   L. Stormes issued a report and recommendation ("R & R"), recommending the court:

24          (1) **GRANT** the motion to dismiss Hill's claim against Joshua in his personal capacity

25               with leave to amend.

26          (2) **GRANT** the motion to dismiss Hill's claims against defendant Joshua in his official

27               capacity without leave to amend as to Joshua but with leave to amend as to County

28               itself, if Hill seeks to assert a *Monell* claim.

1        (3) **ORDER** that the case be administratively closed.

2        (4) If the district judge grants leave to amend the claims against defendant Joshua,

3          set a deadline for **30 days** out after the adjudication of this R & R for Hill to file an

4          amended complaint as to defendant Joshua.

5 (Docket No. 22 at 9)

6        Objections to the R & R were due on **January 22, 2016**. No objections were filed.

7        A district court has jurisdiction to review a Magistrate Judge's report and

8 recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must

9 determine de novo any part of the magistrate judge's disposition that has been properly

10 objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the

11 findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This

12 section does not require some lesser review by the district court when no objections are filed.

13 *Thomas v. Arn,* 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district

14 judge must review the magistrate judge's findings and recommendations de novo *if objection*

15 *is made,* but not otherwise." *United States v. Reyna–Tapia,* 328 F.3d 1114, 1121 (9th Cir.

16 2003).The Court has nonetheless reviewed the R & R and agrees with its rationale and

17 conclusions.

18        The Court **ADOPTS** Judge Stormes' R & R.  If Hill thinks he can amend his complaint

19 to state a claim against Joshua in his personal capacity or if he thinks he can state a *Monell*

20 claim against the County, he must do so within 30 days of this order.

21        **IT IS SO ORDERED**.

22 DATED:  February 3, 2016

23

24              **HONORABLE LARRY ALAN BURNS**
             United States District Judge

25

26

27

28

15cv275