# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY HILL,<br><br>                                      Plaintiff,<br>      vs.<br>SAN DIEGO SHERIFF'S DEPARTMENT MEDICAL SERVICES DIVISION, SAN DIEGO SHERIFF'S DEPARTMENT; UCSD MEDICAL CENTER; ALFRED JOSHUA, M.D., CHIEF MEDICAL OFFICER, SHERIFF'S DETENTION SERVICES BUREAU; WILLIAM GORE, SHERIFF SAN DIEGO COUNTY,<br><br>                                  Defendants. | CASE NO. 15cv275 - LAB (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (DOCKET NO. 23) DENYING MOTION TO DISMISS** |

      This is a 42 U.S.C. § 1983 civil rights case. Plaintiff Joseph Anthony Hill's complaint alleges that Defendants violated his constitutional rights by failing to provide follow up medical treatment after a cop shot him during an arrest. The Court dismissed Hill's claims against The Regents of the University of California ("Regents"), but allowed Hill to amend his complaint. He didn't amend, and Regents now seek dismissal with prejudice pursuant to Fed. R. Civ. P 41(b). Magistrate Judge Nita L. Stormes issued a report and recommendation ("R & R") on the Regents' motion, recommending that it be denied without prejudice to the Regents refiling this motion if Hill seeks to file an amended complaint against them.

Objections to the R & R were due on **January 26, 2016**. No objections were filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn,* 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise." *United States v. Reyna–Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).The Court has nonetheless reviewed the R & R and agrees with its rationale and conclusions.

Defendant's motion to dismiss the case against them with prejudice is **DENIED**, **WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

DATED: February 3, 2016

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge